## DARRELL ATKINSON *v.* COMMISSIONER OF CORRECTION

The petitioner Darrell Atkinson's petition for certification for appeal from the Appellate Court, 67 Conn. App. 902 (AC 20163), is denied.

*Richard C. Marquette,* special public defender, in support of the petition.

*Brian Austin, Jr.,* assistant state's attorney, in opposition.

Decided February 26, 2002

## BARRY HULTMAN ET AL. *v.* RICHARD BLUMENTHAL

*Norman A. Pattis,* in support of the petition.

Decided February 26, 2002

The plaintiff's petition for certification for appeal from the Appellate Court, 67 Conn. App. 79 (AC 21671), is denied.